11 So.2d 878

**Robert Henry Clay BOGAN v. STATE.**

1 Div. 185.

Supreme Court of Alabama.

Jan. 28, 1943.

Wm. N. McQueen, Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed by appellant.

12 So.2d 868

**Elbert L. BOWLIN v. Annie Reeves BOWLIN.**

7 Div. 732.

Supreme Court of Alabama.

March 18, 1943.

John R. Robinson, of Gadsden, for appellant.

Dortch, Allen & Swann, of Gadsden, for appellee.

PER CURIAM.

Appeal dismissed.

14 So.2d 910

**Stacey BUNN, Jr., v. STATE.**

6 Div. 157.

Supreme Court of Alabama.

June 24, 1943.

Stacey Bunn, Jr., pro se.

Wm. N. McQueen, Acting Atty. Gen., opposed.

FOSTER, Justice.

Petition of Stacey Bunn, Jr., for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Bunn v. State, 14 So.2d 912.

Writ denied.

GARDNER, C. J., and BOULDIN and LAWSON, JJ., concur.

14 So.2d 910

**D. D. CAMPBELL et al. v. WOODSTOCK SPINNING CORPORATION.**

7 Div. 727.

Supreme Court of Alabama.

June 10, 1943.

Hugh A. Locke, of Birmingham, for appellants.

Knox, Liles, Jones & Blackmon, of Anniston, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

13 So.2d 894

**L. L. CLARK v. SLOSS–SHEFFIELD STEEL & IRON CO.**

6 Div. 744.

Supreme Court of Alabama.

April 20, 1943.

Wm. D. Denson, of Birmingham, for appellant.

Bradley, Baldwin, All & White, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.